UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ECOFACTOR, INC.,<br><br>　　　　　Defendant.<br>――――――――――――<br>ECOFACTOR, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No. 22-cv-00162-JSW and Case No. 22-cv-07661<br><br>**ORDERS OF RECUSAL** |

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled actions, hereby recuse myself from these related cases and request that the cases be reassigned pursuant to the Assignment Plan.

**IT IS SO ORDERED.**

Dated: July 24, 2023

_____
JEFFREY S. WHITE
United States District Judge